WESTERN AND ATLANTIC RAILROAD COMPANY. *v.* ROBINSON.

LUMPKIN, J.   This being the third verdict rendered in favor of the plaintiff,
and some evidence having been introduced on the last trial which was not
before the court on the two former trials (*Western & Atlantic R. Co.* v.
*Robinson,* 114 *Ga.* 159 ; 119 *Ga.* 331), and the evidence upon the last trial
being sufficient to sustain the verdict, the question of credibility in matters
of conflict being for the jury, and the presiding judge having approved the
verdict, this court will not interfere.

   *Judgment affirmed.    All the Justices concur, except Candler, J., absent.*

Argued April 15, — Decided May 12, 1905.

Action for damages.    Before Judge Fite.    Catoosa superior
court.    October 17, 1904.

*Payne & Tye* and *R. J. & J. McCamy,* for plaintiff in error.
*Payne & Payne,* contra.